FILED '08 DEC 29 12:51 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DANIEL RAY LICON,

        Petitioner,

  v.

MARK NOOTH,

        Respondent.

CV. 08-809-KI

ORDER

KING, Judge

    Petitioner's motion for voluntary dismissal (#10) is GRANTED. This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this 29th day of December, 2008.

                                                  /s/ Garr M. King
                                                  Garr M. King
                                                  United States District Judge

1 -- ORDER